## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS ROBINSON, :<br>      Plaintiff, :<br>          :<br>v.           :<br>          :<br>CDS TRANSPORT, INC.     :<br>and CDS TRANSPORT AGENT GROUP, INC., :<br>      Defendants. : | Civil No. 20-cv-00379-JMG |

### ORDER

**AND NOW**, this 30th day of June, 2020, the court having ordered plaintiff to show cause why the court should not dismiss his claim against defendants without prejudice for lack of timely and effective service of the summons and complaint upon them as required by Rule 4 of the Federal Rules of Civil Procedure, *see* ECF No. 5, and plaintiff's counsel having provided additional explanation about his efforts to serve defendants, to communicate with them, and the barriers to said service caused by the COVID-19 crisis by hearing before this court, **IT IS HEREBY ORDERED as follows:**

The order to show cause (ECF No. 5) is **DISSOLVED**.

The initial service as to defendants is **QUASHED** and plaintiff's time for service of process is **EXTENDED**. Plaintiff, Dennis Robinson, shall have an additional sixty (60) days to effect proper service on the defendants, CDS Transport, Inc., and CDS Transport Agent Group, Inc.

The Clerk's Office is **DIRECTED** to reissue the summonses as to defendants CDS Transport, Inc. and CDS Transport Agent Group, Inc.

Plaintiff shall file proof of proper service of the summons and amended complaint on each defendant on or before **August 29, 2020**.

                                              BY THE COURT:

                                              */s/ John M. Gallagher*
                                              JOHN M. GALLAGHER
                                              United States District Court Judge